**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 580 EAL 2014
:
              Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
KEISHA JONES, :
:
             Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.